IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLARENCE G. GOREE,
Petitioner,

v.

UNITED STATES OF AMERICA,
Respondent.

Case No. 23–CV–796–JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Petitioner Clarence G. Goree's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 against Respondent United States of America is **DISMISSED** with prejudice.

DATED: April 19, 2023

**MONICA A. STUMP, Clerk of Court**
**s/ Tina Gray, Deputy Clerk**

Approved:   s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**